IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TU MY TONG,**

    **Plaintiff,**

v.                                                                       No. CIV-15-682 JB/LAM

**ALEXANDER B. SHAPIRO, et al.,**

    **Defendants.**

## ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY MAGISTRATE JUDGE

**THIS MATTER** is before the Court on Plaintiff's motion to disqualify the Magistrate Judge assigned to her case, filed March 1, 2016. [*Doc. 43*]. In her motion, Plaintiff states that Plaintiff refused to consent to the Magistrate Judge in both this case and in her earlier-filed case, No. Civ. 15-191, MCA/SMV, and that, for this reason, the Magistrate Judge did not have the authority to enter the PF&RD. *See* [*Doc. 43* at 1-2]. The Clerk of the Court assigns a pre-trial Magistrate Judge to every civil case, excluding Social Security appeals. *See* D.N.M. LR-Civ. 73.1(a). While a party may refuse to consent to a Magistrate Judge to preside over the case as a *trial* Magistrate Judge (*see* D.N.M. LR-Civ. 73.1(b)), a party has no right to refuse to consent to the *pretrial* Magistrate Judge assigned to the case. As explained in the Proposed Findings and Recommended Disposition, Plaintiff's claims were referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) to recommend to the Court an ultimate disposition of the case, which is what the Magistrate Judge did. *See* [*Doc. 39* at 2] and [*Doc. 23*]. Therefore, the Court finds that Plaintiff's motion to disqualify is without merit and shall be **DENIED**.

2

**IT IS THEREFORE ORDERED** that Plaintiff's motion to disqualify the Magistrate Judge assigned to this case [*Doc. 43*] is **DENIED**.

**IT IS SO ORDERED.**

                                             *Lourdes A. Martínez*
                                             **LOURDES A. MARTÍNEZ**
                                             **UNITED STATES MAGISTRATE JUDGE**